IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JUSTIN HAITHCOCK AS ) <br> PERSONAL REPRESENTATIVE ) <br> OF THE ESTATE OF KAREN ) <br> D. HAITHCOCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO. 0:04-22981-DCN-BM <br><br><br> **ORDER** |

This is a Social Security case filed by the Plaintiff on November 15, 2004, pursuant to 42 U.S.C. § 405(g). Defendant filed an Answer on March 4, 2005. Pursuant to Local Rule 83.VII.04, D.S.C., the Plaintiff may file a written brief within thirty (30) days of the filing of Defendant's Answer. The Plaintiff has elected not to file a brief within the requisite period.[1]

Pursuant to Local Rule 83.VII.05, D.S.C., the Commissioner is allowed forty (40) days following the filing of a brief by the Plaintiff to file its own brief in support of the Commissioner's decision. As Plaintiff has elected not to file a supporting brief, the Commissioner shall file a 83.VII.05 brief supporting the Commissioner's decision within forty (40) days of the

---

[1] The Court has been advised by the Clerk's office that several attempts have been made to determine whether Plaintiff will be filing a brief, without success.

date of this order. The Court will then decide this case on the Record.

**IT IS SO ORDERED.**

<u>s/ BRISTOW MARCHANT</u>
Bristow Marchant
United States Magistrate Judge

Columbia, South Carolina

April  28 , 2005